# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                          Case No. 6:12-cr-146-Orl-18DAB

**GAMEL SAAD**

---

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, there being no timely objection, the plea of guilty of the Defendant to Count One (1) of the Indictment is now accepted and the Defendant is ADJUDGED GUILTY of such offense(s). A sentencing hearing has been scheduled and will be conducted pursuant to separate notice.

**DONE and ORDERED** in Orlando, Florida this ___12___ day of October, 2012.

```
                                    G. KENDALL SHARP
                                    SENIOR UNITED STATES DISTRICT JUDGE
```

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant